UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Linda Miller, et al.
                    Plaintiff,

v.                                        Case No.: 1:11−cv−05161
                                        Honorable Elaine E. Bucklo

See, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 3, 2012:

      MINUTE entry before Honorable Elaine E. Bucklo: Plaintiffs' motion to strike class allegations and to dismiss [57] is granted. This case is dismissed without prejudice, the Court retains jurisdiction to enforce the settlement agreement to and including October 3, 2012, after which time this dismissal shall convert to one with prejudice. The motion [57] will not be heard on 7/5/2012. Status set for 7/5/2012 is stricken. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.